# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NICHOLAS RYAN ACOSTA,<br><br>    Defendant. | No. 18-CR-2050 CJW<br><br>**ORDER DISMISSING INDICTMENT** |

_____

Before the Court is the government's Unopposed Motion for Leave to Dismiss Indictment, filed on February 15, 2019. (Doc. 38). This motion is **granted.**

**IT IS ORDERED** the indictment in this case is dismissed without prejudice. The Clerk's Office is directed to term all outstanding motions.

**IT IS SO ORDERED** this 19th day of February, 2019.

_____
C.J. Williams
United States District Judge
Northern District of Iowa